No. 81–1011.   ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS v. GRANVIEL.   C. A. 5th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–1318.   CATHOLIC SOCIAL SERVICES OF TUCSON v. P. C.   Ct. App. Ariz.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 81–1012.   INSURANCE COMPANY OF NORTH AMERICA v. KEENE CORP. ET AL.;
No. 81–1197.   HARTFORD ACCIDENT & INDEMNITY CO. v. KEENE CORP. ET AL.;
No. 81–1298.   AETNA CASUALTY & SURETY CO. v. KEENE CORP. ET AL.; and
No. 81–1328.   LIBERTY MUTUAL INSURANCE CO. v. KEENE CORP. ET AL.   C. A. D. C. Cir.   Motions of Commercial Union Insurance Cos. and American Home Assurance Co. et al. for leave to file briefs as *amici curiae* in No. 81–1012 granted.   Motion of Walbrook Insurance Co., Ltd., et al. for leave to file a brief as *amici curiae* in No. 81–1328 granted.   Motions of Armstrong World Industries, Inc., et al. and Home Insurance Co. for leave to file briefs as *amici curiae* granted.   Certiorari denied.   JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE POWELL would grant certiorari.   JUSTICE BRENNAN took no part in the consideration or decision of these petitions and motions.   Reported below: 215 U. S. App. D. C. 156, 667 F. 2d 1034.

No. 81–1198.   MINNESOTA v. BLOCK, SECRETARY OF AGRICULTURE, ET AL.   C. A. 8th Cir.   Certiorari denied. JUSTICE O'CONNOR would grant certiorari.